TRINA A. HIGGINS, United States Attorney (#7349)
BRADY WILSON, Assistant United States Attorney (#17350)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682 • Facsimile: (801) 524-3399

FILED US District Court-UT
JUN 22 '22 PM 12:53

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | INDICTMENT |
| Plaintiff, | : | VIOLATION: |
| vs. | : | COUNT I: 8 U.S.C. § 1326 (RE-ENTRY OF A PREVIOUSLY REMOVED ALIEN) |
| CARLOS CASTRO-PANAMENO, | : | |
| Defendant. | : | |

Case: 4:22-cr-00067
Assigned To : Shelby, Robert J.
Assign. Date : 6/22/2022

The Grand Jury Charges:

**COUNT I**
**8 U.S.C. § 1326**
**(Re-Entry of a Previously Removed Alien)**

On or about June 9, 2022, in the District of Utah,

CARLOS CASTRO-PANAMENO

the defendant herein, an alien who on or about January 29, 2021, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the express consent of the Secretary of

the United States Department of Homeland Security to reapply for admission into the United States; all in violation of 8 U.S.C. § 1326 and punishable pursuant to 8 U.S.C. § 1326(a).

A TRUE BILL:

/s/

FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

BRADY WILSON
Assistant United States Attorney