**DOUGLAS D. TERRY (4158)**
**RYAN D. STOUT (10300)**
Douglas D. Terry & Associates PLLC
Attorneys for Defendant
132 W. Tabernacle, Bldg. B
St. George, Utah 84770
Telephone: (435)628-4411

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | ) | **POSITION WITH RESPECT TO SENTENCING FACTORS** |
| | ) | |
| vs. | ) | Case No. 4:22-cr-00067 |
| | ) | |
| CARLOS CASTRO PANAMENO<br>Defendant. | ) | Judge Robert J. Shelby |

The Defendant, by and through his Attorney Ryan D. Stout, and pursuant to District of Utah Criminal Rule 32-1(b), declares that he has no objections to the Presentence Report in the above-entitled matter.

RESPECTFULLY SUBMITTED this 7th day of September, 2022.

*/s/ Ryan D. Stout*
Ryan D. Stout
Attorney for Carlos Castro-Panameno